# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 99-3986

_____

| | | |
|---|---|---|
| Richard M. Elbert, | * | |
| | * | |
| Appellant, | * | |
| | * | |
| v. | * | Appeal from the United States |
| | * | District Court for the |
| City of Kansas City, Missouri; Kansas | * | Western District of Missouri. |
| City Police Department; John Does, | * | |
| L-6; Board of Police Commissioners; | * | |
| J. Agnew; Major Steve Staffer; | * | [UNPUBLISHED] |
| Captain Ron Canaday; Brent Marchant; | * | |
| Jerold Cox; C. Penyweit; Gary Knapp; | * | |
| Robert Wayne, also known as Robert | * | |
| Wynne; James Corwin, also known as | * | |
| Cpt. James Carwin; James A. Kreilbergs; | * | |
| Sgt. Phil Stockard; Matt Rog, also | * | |
| known as Rog Badge; Dale Close, | * | |
| Legal Advisor for the Kansas City, | * | |
| Missouri Police Department; Captain | * | |
| Nathan McHale, Kansas City, Missouri | * | |
| Police Officer, in his individual and | * | |
| official capacity; Sgt. Cy Ritter, Kansas | * | |
| City Police Officer, in his individual | * | |
| and official capacity; Sgt. Ell; Sgt. | * | |
| Francis; Sgt. Podraza; Officer Bush; | * | |
| Officer Hall; Officer Rodriguez; | * | |
| Officer Millen; Officer Busen; Officer | * | |
| Blumquist; Officer Ledoux; Sgt. Arndt; | * | |
| Sgt. Mulloy; Officer Pelter; Officer | * | |
| Metzger; Officer P. Smith; Officer | * | |
| Abraham; Officer Gibson; Officer | * | |

Emery; Officer Delameter; Officer     *
Velaquez; Officer R. Smith; Officer    *
Wadle; Captain Dennis Buck; Detective *
Panuco; Detective Mueller; Detective   *
Stockdale; Detective Hernandez;       *
Detective Laningham; Detective        *
Monroe; Officer Edwards; Detective    *
Vessar; Officer Perez; George Graven,   *
Assistant Fire Marshall,               *
                                       *

           Appellees.           *

_____

Submitted: March 7, 2001
Filed: March 12, 2001

_____

Before HANSEN, MORRIS SHEPPARD ARNOLD, and BYE, Circuit Judges.

_____

PER CURIAM.

Richard M. Elbert appeals from the district court's[1] adverse grant of summary judgment on some of the claims, and from the judgment entered by the court[2] on an adverse jury verdict on the remaining claims, in his civil rights action against various Kansas City government entities and officials. Having carefully reviewed the file and the parties' submissions on appeal, we affirm for the reasons stated in the district court's thorough orders. See 8th Cir. R. 47B. We deny Elbert's request for a trial transcript to be prepared at government expense.

---

[1]The Honorable Joseph E. Stevens, Jr., late a United States District Judge for the Western District of Missouri.

[2]The Honorable Nanette K. Laughrey, United States District Judge for the Western District of Missouri.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.